IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL SANTELLANO,  No. C 13-4369 NC (PR)

        Plaintiff,  **ORDER OF DISMISSAL**

    v.

MACY'S, INC., et al.,

        Defendants.

        This is a pro se civil rights complaint under 42 U.S.C. § 1983. Plaintiff has requested leave to proceed in forma pauperis ("IFP").

## BACKGROUND

        Plaintiff filed a later case in this court, Santellano v. Macy's of California, et al., No. 13-4551 NC (PR). Plaintiff perfected his IFP application in the later-filed action first. Consequently, the Court first reviewed the later-filed complaint (No. 13-4551 NC (PR)) pursuant to 28 U.S.C. § 1915A.

        According to the complaint in No. 13-4551 NC (PR), on October 23, 2012, Plaintiff was arrested on the premises of a Macy's department store. Plaintiff suffered a heart attack during the arrest. He was denied medical aid and was left in manacles for hours.

        On October 10, 2013, the Court dismissed said complaint with leave to amend noting that Plaintiff had not named as a defendant any individual or organization acting under color of state law, an essential element of a Section 1983 claim. The Court directed Plaintiff to file an amended complaint within 60 days, or by December 9, 2013.

## DISCUSSION

        The complaint in the instant action is now before the Court for review pursuant to 28 U.S.C. § 1915A. The complaint contains the same claims and factual allegations stated in No. 13-4551 NC (PR).

An in forma pauperis complaint that merely repeats pending or previously litigated claims may be considered abusive and dismissed. See Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir. 1988) (an in forma pauperis complaint repeating the same factual allegations asserted in an earlier case is subject to dismissal as duplicative); see also Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (dismissing duplicative complaint). Accordingly, this case will be dismissed as duplicative of Plaintiff's case in No. 13-4551 NC (PR).

The Court does note that the instant action names the Santa Clara Police Department as a defendant and also links Santa Clara Police Officer Troy Johnsen to some of the allegations in the complaint. These parties were not identified in No. 13-4551 NC (PR). If Plaintiff wishes to allege claims against said parties, and can do so in good faith, he must do so in the Court-ordered first amended complaint in No. 13-4551 NC (PR), discussed above.

**CONCLUSION**

This action is DISMISSED as duplicative.

The Clerk is directed to terminate all pending motions and close the file.

No filing fee is due.

IT IS SO ORDERED.

DATED: October 18, 2013

NATHANAEL M. COUSINS
United States Magistrate

2